■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v DERRICK HOLLAND, Also Known as JOHNATHAN HOLLAND, Defendant. [18 NYS3d 885]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Kings County, rendered February 11, 1992.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Leventhal, J.P., Cohen, Duffy and LaSalle, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCUS L. JOHNSON, Appellant. [18 NYS3d 884]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Dutchess County (Greller, J.), imposed August 12, 2014, and an amended sentence of the same court also dated August 12, 2014, on the ground that the sentence and the amended sentence were excessive.

Ordered that the sentence and amended sentence are affirmed.

The sentence and amended sentence imposed were not excessive (*see People v Suitte*, 90 AD2d 80, 86-87 [1982]). Eng, P.J., Dillon, Sgroi, Hinds-Radix and Barros, JJ., concur.